IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST VALLEY STAFFING GROUP, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-07234-MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed February 8, 2017, the Court denied plaintiff's application to proceed in forma pauperis and instructed plaintiff that, should he wish to proceed with the instant action, he must, no later than February 24, 2017, pay the filing fee to the Clerk of Court or file a new application to proceed in forma pauperis.  The Court also warned plaintiff that, should he fail to make such payment or filing by February 24, 2017, the Court would dismiss his complaint without prejudice.  As of today's date, plaintiff has not paid the filing fee or filed a new application.

Accordingly, the above-titled action is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: March 1, 2017

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge