IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM J. WHITSITT, | Case No. 16-cv-07234-MMC |
|---|---|
| Plaintiff, | **ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT; DIRECTING PLAINTIFF TO REFILE AMENDED COMPLAINT IN COMPLIANCE WITH CIVIL LOCAL RULES** |
| v. | |
| WEST VALLEY STAFFING GROUP, et al., | |
| Defendants. | Re: Dkt. No. 17 |

By order filed February 8, 2017, the Court directed plaintiff William J. Whitsitt to file a corrected version of his eight-page complaint, for purposes of curing three separate procedural deficiencies: (1) a missing seventh page; (2) improper formatting, such that the text appears on substantially more than 28 lines per page; and (3) improper font size, which appears to be considerably smaller than 12-point type. (See Order filed Feb. 8, 2017, at 2:11-22 (citing Civil L.R. 3-4(c)(2) (providing text of any paper presented for filing "must be double-spaced with no more than 28 lines per page, except for . . . footnotes and [block] quotations"; further providing text of any paper presented for filing, including "text of footnotes and quotations," may not be less than "12-point in the Courier font or equivalent")).)

On April 26, 2017, plaintiff filed a thirteen-page "1st Amended Complaint," in which no pages appear to be missing, but in which the two other deficiencies identified above have not been rectified. Consequently, plaintiff has, again, failed to comply with the Civil Local Rules of this District.

Accordingly, the amended complaint is hereby STRICKEN. In the interests of justice, the Court will afford plaintiff, should he wish to proceed with the instant action,

one further opportunity to file an amended complaint that complies with the Civil Local Rules, and to do so no later than May 22, 2017. If, by May 22, 2017, plaintiff has not filed such amended complaint, the Court will dismiss the action.

**IT IS SO ORDERED.**

Dated: May 8, 2017

MAXINE M. CHESNEY
United States District Judge