IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br>Plaintiff,<br>v.<br>WEST VALLEY STAFFING GROUP, et al.,<br>Defendants. | Case No. 16-cv-07234-MMC<br><br>**ORDER OF DISMISSAL** |

By order filed May 8, 2017, the Court denied plaintiff's second application to proceed in forma pauperis ("IFP") and instructed plaintiff that, should he wish to proceed with the instant action, he must, no later than May 22, 2017, pay the filing fee to the Clerk of Court or file a new IFP application that clarified the inconsistencies contained in the second application and identified by the Court. The Court also warned plaintiff that, should he fail to make such payment or submit such filing by May 22, 2017, the Court would dismiss his complaint.

As of today's date, plaintiff has not paid the filing fee. Although plaintiff did file, on May 24, 2017, a third IFP application, dated May 22, 2017, said document is, in all respects other than the date, identical to plaintiff's second IFP application.

Accordingly, the above-titled action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: May 26, 2017

MAXINE M. CHESNEY
United States District Judge